[This opinion has been published in *Ohio Official Reports* at 70 Ohio St.3d 679.]

**YOUNG, APPELLANT, *v*. YOUNG, APPELLEE.**

**[Cite as *Young v. Young*, 1994-Ohio-97.]**

*Domestic relations—Child support—Order to pay child support may be enforced by means of imprisonment through contempt proceedings even after the child who is the subject of the order is emancipated.*

(No. 94-1220—Submitted September 13, 1994—Decided November 9, 1994.)

Appeal from the Court of Appeals for Miami County, No. 93-CA-10.

————————————

*Gretchen K. Beers* and *Ann Ratcliff*, Miami County Child Support Enforcement Agency, for appellant.

*Louie R. Kindell & Associates* and *Louie R. Kindell*, for appellee.

————————————

**{¶ 1}** The discretionary appeal is allowed; the judgment of the court of appeals is reversed and the judgment of the court of common pleas is reinstated on the authority of *Cramer v. Petrie* (1994), 70 Ohio St.3d 131, 637 N.E.2d 882.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

————————————